CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 04 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
) Case No. 7:14mj0075
Broderick Lamar SHOVELY JR )
406 Craig Ave Salem, VA )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 6/6/2014 in the county of Roanoke in the Western District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC, Section 841 | Possess cocaine with intent to distribute |
| and | and |
| Title 18, USC, Section 924(C) | Use of a Firearm during, and in relation to a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*
George Hanger Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/4/2014

_____
*Judge's signature*

City and state: Roanoke, Virginia

Robert S. Ballou, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

7:14mJ0075  SEP 0 4 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## INTRODUCTION

I, George W. Hanger, being duly sworn, depose and state as follows:

1. I, George W. Hanger, am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). That is, I am a government agent engaged in enforcing the criminal laws of the United States, and am duly authorized by the Attorney General to request an arrest warrant. I have been employed as a Task Force Officer of the Drug Enforcement Administration since July, 2013. Prior to this, I was assigned as a Detective with the Roanoke City Police Department Vice and Narcotics Unit, starting in 2012. Prior to assignment as a Detective, your affiant was a Roanoke City Police Department Patrol Officer for three years. Your affiant has attended narcotics investigation schools and has been involved with numerous narcotics investigations including, but not limited to, investigations of cocaine trafficking. These investigations have led to the seizure of illegal narcotics and assets derived from the trafficking of illegal narcotics, as well as to the arrest of multiple drug traffickers.

2. I have personally participated in the investigation set forth below. The facts and information contained in this affidavit are based upon my personal knowledge, as well as upon information obtained from other federal and state law enforcement officers. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations, or by reports that detailed the events described by such person(s).

3. This affidavit does not contain every fact known to me regarding this investigation, but rather contains just such information as is necessary to establish probable cause to believe that Broderick Lamar SHOVELY JR (hereinafter referred to as "SHOVELY") is engaged in violations of Title 21, United States Code, Section, 841, to wit, Possession with Intent to Distribute cocaine, and Title 18, United States Code, Section 924 (C), within and into, the Western District of Virginia. Law enforcement officers have utilized cooperating sources of information during this investigation. These cooperating witnesses and sources have made statements against their own penal interest and have provided law enforcement agents with reliable and

credible information which has been corroborated.

## BACKGROUND OF THE INVESTIGATION

4. On December 12, 2013, members of the Roanoke area HIDTA used a Confidential Source (hereafter referred to as CS1) to conduct a controlled purchase of cocaine base, methamphetamine, methadone, and oxycodone (Percocet) from Broderick Lamar SHOVELY. CS1 met with HIDTA investigators and CS1's person and vehicle were searched for contraband with negative results. CS1 was provided with $300 of marked VSP criminal funds for the purchase. CS1 then went to Shovely's residence (406 Craig Ave Salem, Virginia 24153), while HIDTA investigators maintained visual surveillance on CS1. CS1 entered 406 Craig Ave Salem, VA 24153 as witnessed by HIDTA investigators. Approximately 17 minutes later, CS1 was observed leaving 406 Craig Ave Salem, VA 24153. HIDTA investigators then maintained surveillance on CS1 as he/she traveled to a pre-determined debrief location. CS1 then turned over: a quantity of off white chunk substance (consistent in appearance with cocaine base, and which field tested positive for the presence of cocaine), a crystal like substance (consistent in appearance and packaging with methamphetamine, and which field tested positive for methamphetamine), five white pills (consistent in appearance and marking with methadone) and one yellow pill (consistent in appearance and markings with oxycodone) which CS1 had purchased from SHOVELY.

5. On June 6, 2014, Roanoke HIDTA investigators were conducting surveillance on Broderick Lamar SHOVELY at 406 Craig Ave Salem, VA 24153. SHOVELY was observed leaving the residence carrying two tan sunglass cases and entering a black Cadillac sedan. Also present in the vehicle were a black female and another black male. Roanoke HIDTA investigators had a Roanoke City patrol unit initiate a traffic stop on the car after it entered the city of Roanoke for illegal window tint. TFO Renalds of the US Marshals Task Force was also present on the stop with his trained police K-9. The K-9 conducted a free air sniff of the vehicle and gave a positive alert for the presence of narcotics. A search of the vehicle was conducted at this time. Investigators located a Springfield Armory .45 caliber handgun between the driver's seat (where SHOVELY was seated) and the center console. This weapon was reported stolen through NCIC. Two small pieces of off white chunk material were located on the driver's floorboard. One piece was tested and yielded a positive

reaction for the presence of cocaine. A tan sunglass case was located in the black female's purse (the black female was identified as Yaminah Shovely, Broderick SHOVELY's wife). Inside the sunglass case was a digital scale with white powder residue on it (the white residue was also field tested and yielded a positive result for the presence of cocaine). A Glock .40 caliber handgun and a Hi Point .380 caliber handgun were also located in the vehicle.

6. Based on these findings, Roanoke HIDTA investigators obtained and executed a search warrant for narcotics at 406 Craig Ave Salem, VA 24153. Inside the residence, investigators located the following evidence: a shrink wrapped Ziploc bag containing approximately 18 ounces of a white powder which field tested positive for cocaine located inside a computer hard drive in the master bedroom, four tied plastic baggies in which each contained approximately 2 ounces of a white powder located inside a computer hard drive in the master bedroom, a digital scale with white powder residue located inside a computer hard drive in the master bedroom, a Taurus 25 caliber handgun loaded with five rounds of ammunition located inside a computer hard drive in the master bedroom, a Connecticut Valley Arms .54 caliber rifle located inside a closet in the master bedroom, a Mossberg 12 gauge shotgun located inside a closet in the master bedroom, a Mossberg Maverick 12 gauge shotgun located inside a closet in the master bedroom, a Browning Light Twelve 12 gauge shotgun located inside a closet in the master bedroom. Roanoke HIDTA investigators then interviewed SHOVELY (Miranda Warnings had already been administered at the scene of the traffic stop and SHOVELY waived his rights and agreed to be interviewed). SHOVELY advised investigators that he has been purchasing powder cocaine in the Atlanta, GA area and transporting it back to Roanoke, VA to convert to cocaine base and sell. SHOVELY advised he began doing this approximately one year ago. SHOVELY stated that he began purchasing one ounce at a time for $1100 and has worked his way up to purchasing 18 oz quantities for $19,800 the last two trips. SHOVELY advised that he cooks all of the powder cocaine into cocaine base in his residence (406 Craig Ave Salem, VA 24153), and then sells the cocaine base at a house located on Gilmer Ave in Roanoke, VA 24017. SHOVELY estimated that he has transported cocaine from Atlanta, GA to Roanoke, VA over 100 times. SHOVELY stated he does not wholesale crack to other dealers, he only sells small quantities to users to maximize his profits. SHOVELY advised that he had purchased the firearms found in his Cadillac to

intimidate a rival dealer that has been selling out of the house SHOVELY sells out of.

7. Based on the information contained in this affidavit, Affiant respectfully requests that an arrest warrant be issued for Broderick Lamar SHOVELY for violations of Title 21, United States Code, Section, 841, to wit, Possession with Intent to Distribute cocaine, and Title 18, United States Code, Section 924 (C), within and into, the Western District of Virginia.

George W. Hanger
Task Force Officer
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me this the _4_ day of September 4, 2014.

Honorable Robert S. Ballou
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA