# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 7:15-CR-00105 |
| v. | ) | |
| | ) | |
| BRODERICK LAMAR SHOVELY, JR., | ) | By:   Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, the court **DENIES** Broderick Lamar Shovely, Jr.'s motion for compassionate release, ECF No. 84. The clerk is directed to provide notice of this order to all counsel of record.

It is so **ORDERED**.

Entered:   February 18, 2021

*Michael F. Urbanski*
Chief U.S. District Judge
2021.02.18 16:45:25 -05'00'

Michael F. Urbanski
Chief United States District Judge